UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FRANCISCO RINCONES AYALA,

Petitioner

v.

UNITED STATES OF AMERICA,

Respondent.

Case No. CR03-5659 FDB
C07-5103 FDB

AMENDED ORDER SETTING ANSWER DATE

Petitioner has filed a Petition under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence because (1) the mandatory minimum sentence was imposed after the Court incorrectly assumed that the Defendant was statutorily ineligible for Safety Valve relief and (2) the mandatory minimum sentence was imposed due to ineffective assistance of counsel for having failed to explain and argue Defendant's eligibility for Safety Valve. Pursuant to Rule 4 of the Rules Governing § 2255 petitions, the Court sets a briefing schedule as follows:

Respondent's Answer is due no later than April 30, 2007;

Petitioner's Reply is due no later than May 15, 2007;

ORDER - 1

1   The Clerk shall note this matter on the Court's calender for May 18, 2007.

2   SO ORDERED.

3   DATED this 21st day of March, 2007.

                                                              FRANKLIN D. BURGESS
                                                              UNITED STATES DISTRICT JUDGE

ORDER - 2