# United States District Court

WESTERN DISTRICT OF WASHINGTON

FRANCISCO RINCONES-AYALA

        v.

UNITED STATES OF AMERICA

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5103FDB/
CR03-5659FDB

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Petitioner's Motion to Vacate and Set Aside Sentence Pursuant to U.S.C. § 2255 [Dkt. #1] is **DENIED**.

| | |
|---|---|
| May 23, 2007 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |